**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases:   Debtor(s)  Peter Stasyuk        Case No. 14 B 10285    Chapter  7

All Cases:   Moving Creditor   CITIMORTGAGE, INC.                Date Case Filed  3/21/14

Nature of Relief Sought:   X  Lift Stay    ___ Annul Stay    ___ Other (describe) _____

Chapter 13:  Date of Confirmation Hearing _____ or Date Plan Confirmed_____

Chapter 7:    ____ No-Asset Report filed on _____
               X   No-Asset Report not Filed, Date of Creditor's Meeting: 04/15/2014

1. Collateral
   a.  Home   X
   b.  Car    ___          Year, Make and Model_____
   c.  Other  _____

2. Balance Owed as of Petition Date: $179,510.75
   Total of all other Liens against Collateral: $59,000.00

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases) $212,718.00, Price Opinion based on comparables.

5. Default
   a.   X   Pre-Petition Default
        Number of months  32    Amount  $37,711.57

   b.  ___ Post-Petition Default
       i.   ___ On direct payments to the moving creditor
            Number of months _____     Amount _____

       ii.  ___ On payments to the Standing Chapter 13 Trustee
            Number of months _____       Amount _____

6. Other Allegations
   a.  ___ Lack of Adequate Protection § 362(d)(1)
       i.    ___ No insurance
       ii.   ___ Taxes unpaid          Amount _____
       iii.  ___ Rapidly depreciating asset
       iv.   ___ Other (describe)_____

   b.   X  No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c.  ___ Other "Cause" § 362(d)(1)
       i.    ___ Bad faith (describe) _____
       ii.   ___ Multiple filings
       iii.  ___ Other (describe)_____

   d.  Debtor's Statement of Intention regarding the Collateral
       i.    ___ Reaffirm              ii.   ___ Redeem
       iii.  ___ Surrender             iv.   ___ No Statement of Intention Filed
       v.    X   Statement of Intention does not reflect property as filed

Date:  4/8/2014                              /s/ Christopher J. Stasko
                                             Counsel for Movant