UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Peter Stasyuk<br>Debtor(s) | Case No.: 14 B 10285<br>Chapter: 7<br><br>Judge Donald R. Cassling (Kane) |

### EX-PARTE APPLICATION TO CONSOLIDATE CHAPTER 7 BANKRUPTCY CASES

To the Hon. Bankruptcy Judge:

**COME NOW** Debtor(s)/applicant(s) PETER STASYUK and apply to have the original Chapter 7 Bankruptcy Case Number 09-00883 consolidated with the new Chapter 7 Bankruptcy Case Number 14-10285 filed on March 21, 2014.

**WHEREFORE** Applicant(s) request that the above entitled case be consolidated for the purpose of permitting Applicant(s) to consolidate Federal Bankruptcy protection under existing and enforce Permanent Federal Injunction protecting property as issued on April 14, 2009 Case Number 09-00883 that is subject matter before the court. Applicant(s) move this same day the Court for relief as set forth in the attached and fully incorporated documents filed here with.

Dated this April 18, 2014.

Respectfully submitted by:

By: _____
Peter Stasyuk
329 S. Warwick Ave
Westmont, IL 60559

JEFFREY P. ALLSTEADT, CLERK
PS REP. - MBM

FILED
APR 18 2014
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the Ex-Parte Application to Consolidate Chapter 7 Bankruptcy Cases by placing a true and correct copy of same in the United States first class mail to the following parties:

Christopher J. Stasko
Codilis & Associates, P.C.
15W030 North Frontage Rd
Suite 100
Burr Ridge, IL 60527
C&A File (14-11-41727)

This 18th day of April, 2014.

By: _____
Peter Stasyuk
329 S. Warwick Ave
Westmont, IL 60559