**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

APR 1 8 2014

DONALD R. CASSLING
BANKRUPTCY JUDGE

IN RE:  |  Case No.: 14 B 10285
         |  Chapter: 7

Peter Stasyuk

Debtor(s)  |  Judge Donald R. Cassling (Kane)

## STATEMENT OF OWNERSHIP

ABUNDANT LIFE 122012 TRUST, (hereinafter "Trust") purchased the property known as 329 South Warwick Avenue, Westmont, Illinois, 60559 from Peter Stasyuk and Valentina Stasyuk in good faith on October 20, 2012.

1. The Trustee of ABUNDANT LIFE 122012 TRUST, Aleksandr Filipskiy (hereinafter the "Trustee") reviewed the Bankruptcy Discharge Order and the applicable law.

2. The Trustee holds the belief that the property was adjudged by Federal Bankruptcy Court Order to be free and clear of debt with full right title and interest vested in the sellers.

3. The Trustee entered into a private franchise for the ownership of the property identified above.

4. The Trustee now moves before the Bankruptcy Court for the protection of the Trust's property and contracts.

Annexed hereto are the documents proving the Trust's ownership:

  i. Annex 1 Discharge of Debtor Order

  ii. Annex 2 Warranty Deed(s) Chain of Title

  iii. Annex 3 Certificate of Trust with Affidavit of Trust

**WHEREFORE** The Trustee requests the protection of the original and still valid Federal Discharge of Debtor Order, the permanent Federal injunction, protecting the property

from attachment by any alleged creditors discharged under ORIGINAL CASE # AND DATE particularly CITI which never filed any claim or proof of claim.

Dated this April 18, 2014.

Respectfully submitted by:

ABUNDANT LIFE 122012 TRUST

By: _____

Aleksandr Filipskiy, Trustee
5077-109 Fruitville Rd, Ste 133
Sarasota, FL 34232

STATE OF ILLINOIS
COUNTY OF DuPage

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, **DO HEREBY CERTIFY** that Aleksandr Filipskiy, as Trustee for **Abundant Life 122012 Trust**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the foregoing instrument of 3 pages, appeared before me this day in person, and acknowledged to me that he signed, sealed and delivered the said instrument of 3 pages as his free and voluntary act, for the uses and purposes therein set forth.

**GIVEN UNDER MY HAND AND OFFICIAL SEAL**, this 18 day of April, 2014.

Brianna L. Hereau _____ Notary Public Signature and Printed Name

```
OFFICIAL SEAL
BRIANNA L. HEREAU
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Dec. 17, 2016
```

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the Statement of Ownership by placing a true and correct copy of same in the United States first class mail to the following parties:

Christopher J. Stasko
Codilis & Associates, P.C.
15W030 North Frontage Rd
Suite 100
Burr Ridge, IL 60527
C&A File (14-11-41727)

This 18th day of April, 2014.

ABUNDANT LIFE 122012 TRUST

By: _____

Aleksandr Filipskiy, Trustee
5077-109 Fruitville Rd, Ste 133
Sarasota, FL 34232

B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
Case No. 09-00883
Chapter 7

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Peter Stasyuk  
329 S. Warwick Ave.  
Westmont, IL 60559

Valentina Stasyuk  
329 S. Warwick Ave.  
Westmont, IL 60559

Social Security / Individual Taxpayer ID No.:  
xxx-xx-8009

xxx-xx-8008

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: April 14, 2009

Kenneth S. Gardner, Clerk  
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

061370

Prepared By and After Recording Return to:
ABUNDANT LIFE 122012 TRUST
5077-109 FRUITVILLE RD
SUITE #133
SARASOTA, FL 34232

Area Above This Line Reserved for Official Use Only

# CERTIFICATE OF TRUST

## STATE OF FLORIDA
## COUNTY OF SARASOTA

The undersigned Trustee(s), being first duly sworn, on oath state:

1. The name of the Trust is: ABUNDANT LIFE 122012 TRUST

2. The date of the Trust instrument is: AUGUST 12, 2012
   The name of each grantor is:

   KEEPING KIDS IN THEIR HOME FOUNDATION CORP.

3. The powers of the Trustee(s) and the signature authority required to act are as follow:
   Trustee shall have the full powers and authority as described in **Exhibit "A" – Affidavit of Trust**, attached hereto and made a part hereof by reference.

4. The name and address of each Trustee empowered to act under the Trust instrument at the time of execution of this certificate:

   ALEKSANDR FILIPSKIY
   5077-109 Fruitville Rd. Ste 133
   Sarasota, FL 34232

5. The Trust instrument has not been terminated, revoked, modified or amended in any manner which would cause the representations contained herein to be incorrect;

6. Any person may rely upon this Certificate of Trust as proof of the existence of the Trust, and is relieved of any obligation or duty to verify any transaction entered into by the Trustee(s) is consistent with the terms and conditions of the Trust.

7. This Certificate of Trust is executed as evidence of the existence of the Trust, the terms and conditions of which are incorporated herein by reference. By the terms of the Trust, in event of the death, resignation or incapacity of the Primary Trustee(s), the Successor Trustee(s) shall become acting Trustee(s) without further act, bond or order.

8. Title to Trust assets shall be taken in the following manner: WARRANTY DEED, QUITCLAIM DEED

9. This Certificate of Trust is signed by all appointed and currently acting Trustee(s) of the Trust.

The statements contained in this Certificate of Trust are true and correct and there are no provisions in the Trust instrument, or amendments to it, that limit the powers of the Trustee(s) to sell, convey, pledge, mortgage, lease or transfer title to interests in real or personal property.

Date: April 1, 2014

Signature of Trustee _____
Print Name: Aleksandr Filipskiy, as the appointed and currently acting Trustee.

# AFFIDAVIT OF TRUST

STATE OF FLORIDA
COUNTY OF SARASOTA

BEFORE ME, the undersigned authority, on this day personally appeared ALEKSANDR F. FILIPSKIY, as TRUSTEE, who being first duly sworn, deposes and says that:

1. The following Trust is the subject of this Affidavit:

   ABUNDANT LIFE 122012 TRUST   DATED: August 12th, 2012

2. The names of the currently acting Trustee(s) are:

   ALEKSANDR FILIPSKIY

3. The Trust mailing address is:

   5077-109 FRUITVILLE RD. #133
   SARASOTA, FL 34232

4. The Trust is currently in full force and effect.

5. The Trustee(s) powers, duties and responsibilities are as per the Declaration of Trust and Trust Agreement dated the 12th day of AUGUST, 2012, and the subsequent public records deed filings which show the Trustee(s) name(s).

6. The signatories hereof are currently the acting Trustee(s) of the Trust named herein.

7. The signatories hereof have been granted full power and authority under the Trust provisions to take the following action(s) without obtaining consent from the Beneficiaries, to wit:
   Full power to contract to sell, to grant options to purchase, to sell on any terms, to convey either with or without consideration, to convey said real estate or any part thereof, by leases to commence in praesenti or in futuro, and to renew or extend leases and to amend, change or modify leases and the terms and provisions thereof, to contract to make leases and to grant options to purchase the whole or any part of the reversion and to contract respecting the manner of fixing the amount of present or future rentals; to partition or exchange said real estate or any part thereof for other real or personal property, to grant easements or charges of any kind, to release, convey or assign any right, title or interest in or about said real estate or any part thereof, and to deal with said real estate and every part thereof in all other ways and for such other considerations as it would be lawful for any person owning the same to deal with the same, whether similar to or different from the ways above specified, at any time or times hereafter, including filing lawsuits and hiring counsel.

8. The signatories hereof declare that the foregoing statements are true and correct, under penalty of perjury.

FURTHER AFFIANT(S) SAYETH NOT.

Signed, sealed and delivered in the presence of:

_____(Seal)                                    _____(Seal)
UNOFFICIAL WITNESS                                              AFFIANT: Aleksandr Filipskiy, as the appointed
                                                                and currently acting Trustee.

Sworn to and described before me this 1st day of April, 2014.

_____
NOTARY PUBLIC                                                                                    (Seal)

*Annex 3*

## REAL ESTATE PURCHASE AND SALE CONTRACT

This is a legally binding Real Estate Purchase and Sale Contract, hereinafter referred to as "Contract".

THIS CONTRACT entered into on the **10th of AUGUST, 2012** by and between **KEEPING KIDS IN THEIR HOME FOUNDATION CORP**, a Florida Non-Profit Corporation, with an address of 6151 Lake Osprey Dr, 3rd Floor, Sarasota, FL 34240, hereinafter referred to as "Buyer", and **PETER STASYUK and VALENTINA STASYUK**, husband and wife, located at 329 S. Warwick Ave, Westmont, IL 60559, hereinafter referred to as "Seller".

**1. PROPERTY PURCHASED and SOLD:** In consideration of the mutual promises herein contained, the Seller agrees to sell, and the Buyer agrees to buy, in accordance with the terms and conditions of this Contract, the following described Real Property, hereinafter referred to as "Property", situated in the City of **WESTMONT**, the County of **DUPAGE**, the State of **ILLINOIS**, and described as follows:

Physical Address: **329 S. WARWICK AVENUE, WESTMONT, IL 60559**
Parcel No.: **09-10-317-002-0000**

Legal Description:
> **LOT 2 IN C. GOTTWALD BUILDER, INC., RESUBDIVISION OF LOTS 21 AND 22 IN BLOCK 4 IN ARTHUR T. McINTOSH AND COMPANY'S FAIRMONT PARK, BEING A SUBDIVISION IN THE SOUTHWEST ¼ OF SECTION 10, TOWNSHIP 38 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OF SAID RESUBDIVISION RECORDED SEPTEMBER 16, 1955 AS DOCUMENT 773463, IN DUPAGE COUNTY, ILLINOIS.**

Together with all the improvements thereon, all privileges, appurtenances, easements, and all fixtures presently situated in said building, including but not limited to: all heating and air conditioning equipment including window units; all electrical, plumbing and bathroom fixtures; water softeners; shades; blinds; awnings; curtains, draperies, & traverse rods; storm shutters; window & door screens; affixed mirrors; wall to wall, stair, and similar attached floor covering and carpets; garage door openers and similar operating devices; ranges, ovens; refrigerators, dishwashers, garbage disposal, trash compactors, humidifiers; washing machines; dryer; all affixed or built-in furniture and fixtures; all landscaping, trees and shrubs; all utility/storage buildings or sheds.

Except: N/A
In addition to the above the following shall be included in the sale: N/A

**2. PRICE AND TERMS:** Buyer hereby agrees to pay for said property the sum TEN Dollars ($10.00).

    A. Buyer and/or Assignee(s) purchases and Seller sells Property subject to all mortgages, encumbrances/notes/contracts, outstanding balances due, and all liens on the property, et al.

    B. Buyer and/or Assignee(s) shall become responsible party for property taxes on the Property effective the date and time first stated above. Seller is responsible for all unpaid Property tax on the Property prior to this Contract and is responsible to pay the outstanding balance, if any, after the sale.


Foundation, Corp.

3. **MORTGAGE(S) OR LIEN(S)**: Seller is to provide all information and copies to the Buyer:

    A. _____

4. **AUTHORITY TO SELL**: Seller warrants and represents to Buyer that Seller has the power and authority to enter into this Contract and that Seller has not previously granted, bargained, sold, conveyed, assigned, transferred, pledged or hypothecated the title of ownership of the Property.

5. **SELLER CERTIFICATION**: Seller certifies to Buyer that, to the best of Seller's knowledge:

    A. There is no termite damage to REAL ESTATE;

    B. Electrical and Plumbing is in working order;

    C. There are no pending orders or ordinances or resolutions that have been enacted authorizing work or improvements for which the REAL ESTATE may be assessed;

    D. No City, County or State orders have been served upon him requiring work to be done or improvements to be made which have not been performed.

    E. Except the following: _N/A_____

<u>Please Note:</u> Seller must submit on a separate sheet of paper a personal estimate about the Property's condition: rooms, ceiling, issues with outlets, roof leaks, sprinklers issues, etc. <u>PLEASE BE VERY SPECIFIC!</u>

6. **INSPECTION**: Seller agrees to give Buyer or Buyer's agent(s), access to said property for inspection purposes prior to purchase.

7. **PROPERTY TAX**: Buyer and/or Assignee(s) shall become responsible party for property taxes on the Property effective the date and time first stated above. Seller is responsible for all unpaid Property tax on the Property prior to this Contract and is responsible to pay the outstanding balance, if any, after the sale.

8. **CANCELLATION AND REDEMPTION**: **Seller has 72 hours to cancel this Contract without penalty or obligation after execution of this Contract or has failed Buyer's standard inspection. See the attached notice of cancellation form for an explanation of this right. Seller must return the purchase price of TEN Dollars ($10.00) to Buyer to redeem the property back. All documents will be void at the time of cancellation of this Contract.**

9. **INDEMNIFICATION**: The Buyer and/or Assignee(s) agrees to indemnify and hold Seller harmless from, any claims or suits by a third party against Seller or any liabilities or judgments based thereon, arising from Buyer's and/or Assignee(s) performance under this Contract.


Home Foundation, Corp.

Page 2 of 4
Real Estate Purchase and Sale Contract
Initials _____

**10. ENTIRE CONTRACT:** This Contract constitutes the entire Contract and agreement between Seller and Buyer, and there are no verbal understandings or other contracts of any nature with respect to the sale of said property hereof except those contained in this Contract.

**11. ATTORNEY FEES:** In the event of any legal or equitable action, including any appeals, which may arise hereunder between or among Seller and Buyer hereto, the prevailing party shall be entitled to recover reasonable attorney fees and costs. Attorney fees shall also include hourly charges for paralegals, law clerks and other staff members operating under the supervision of an attorney. Costs shall include but not be limited to fees associated with consultants, research, experts and litigation support services.

**12. ACKNOWLEDGMENT:** Seller is executing this Contract voluntarily and without any duress or undue influence. Seller has carefully read this Contract and has asked any questions needed to understand its terms, and binding effect and fully understands them and have been given one executed copy.

**13. CONFIDENTIALITY:** Due to the nature of the purchase, Buyer and/or Assignee(s) agrees to keep seller's personal information private and will not disclose such information to anyone except Buyer's attorneys, any Court or Governmental Agency.

**14. CORRESPONDENCE:** Seller agrees to send all correspondence from any party, corporation or person(s) regarding this matter to Buyer as soon as received.

**15. GOVERNING LAW:** This Contract shall be governed, interpreted and construed by, through and under the laws of the State of Florida, County of Sarasota, and proper venue for any disputed matter shall be Sarasota County, Florida.

**16. ELECTRONIC TRANSMISSION:** A Fax, Email or other electronic communication and an electronic copy of this document signed shall have the same legal effect as if it were the original.

**17. TO HAVE AND TO HOLD** the same unto the said Buyer, and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees forever.

**IN WITNESS WHEREOF,** the parties have executed this Contract effective the date and time first stated above.

**SELLER(S):**

_____
Signature
Printed Name: **PETER STASYUK**
Date: 08/10/2012

_____
Signature
Printed Name: **VALENTINA STASYUK**
Date: 08/10/2012

**BUYER(S):**

_____
Signature and Title
Printed Name: **KEEPING KIDS IN THEIR HOME FOUNDATION CORP**
Date: 08/10/2012



# NOTICE OF CANCELLATION

**Seller has 72 hours to cancel this Real Estate Purchase and Sale Contract without penalty or obligation after execution of this Contract.**

To cancel this Real Estate Sale and Purchase Contract, mail and email a signed and dated copy of this cancellation notice to:

KEEPING KIDS IN THEIR HOME FOUNDATION CORP
6151 Lake Osprey Drive
3rd Floor
Sarasota, FL 34240
cancellation@homefoundationcorp.org

By _____, 2012.

I/We hereby cancel this transaction,

_____
Seller's signature

_____
Printed Name

_____
Printed Date and Time


_____
Seller's signature

_____
Printed Name

_____
Printed Date and Time


Foundation, Corp.

Page 4 of 4
Real Estate Purchase and Sale Contract
Initials ___   ___

Prepared By:
Recording Requested By:
Keeping Kids In Their Home Foundation Corp
When Recorded mail this deed and
tax statement to:
Keeping Kids In Their Home Foundation Corp, as Trustee for
Abundant Life 122012 Trust
5077-109 Fruitville Rd, Suite 133
Sarasota, FL 34232

Parcel Identification: 09-10-317-002-0000



FRED BUCHOLZ
DUPAGE COUNTY RECORDER
JUN.21,2013   RHSP   11:43 AM
DEED           09-10-317-002
002 PAGES    R2013-090460

# WARRANTY DEED

THIS WARRANTY DEED, Executed this 20th day of OCTOBER, 2012, by Grantor, KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, A California Trust, of Los Angeles County, State of California, 3185 E. Washington Blvd, Suite B, Los Angeles, CA 90312, (Address), to the Grantee, KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life 122012 Trust, of Sarasota County, State of Florida, 5077-109 Fruitville Rd, Suite 133, Sarasota, FL 34232, (Mailing Address), as sole ownership.

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees.)

WITNESSETH, That the said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby remises, releases, bargains, grants, conveys and sells unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described real estate, and improvements and appurtenances thereto in the County of DUPAGE, State of ILLINOIS, To Wit:

**SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART THEREOF**

Physical Address: **329 S. WARWICK AVENUE, ILLINOIS 60559**
Property Appraiser's Parcel I.D. No. **09-10-317-002-0000**

Hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

**TO HAVE AND TO HOLD** said real estate as sole ownership forever.

And the Grantor has good right and lawful authority to sell and convey said real estate; that the Grantor hereby fully warrants the title to said real estate and will defend the same against the unlawful claims of all persons whomsoever.

And the Grantor hereby grants and conveys to the said Grantee all rights to all encumbrances/notes/contracts.

**IN WITNESS WHEREOF**, The said Grantors have signed and sealed these presents the day and year first above written.

**SELLER(S):**
Signature: _____
Print Name: **ALEKSANDR F. FILIPSKIY**, as agent for
KEEPING KIDS IN THEIR HOME FOUNDATION CORP,
as Trustee for Abundant Life Trust
Date: **10/20/2012**

Signed, sealed and delivered in our presence:
**WITNESSES:**
Signature: _____
Printed Name: _____

Signature: _____
Printed Name: _____

**STATE OF FLORIDA**
**COUNTY OF SARASOTA**

The foregoing instrument of 2 pages was acknowledged before me on this date: October 20th, 2012 by ALEKSANDR F. FILIPSKIY, as agent for KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, who [ ] is known to me or [ x ] produced the following FL DRIVER'S LICENSE as identification.

Signature: _____
Notary Public – State of Florida
Printed Name: Edward H. MacNeal Jr

My Commission Expires: 5-10-2015

(Seal)

EDWARD H MACNEAL JR
MY COMMISSION # EE092853
EXPIRES May 10, 2015
(407) 398-0153  FloridaNotaryService.com

Personally known by ME;

# EXHIBIT "A"

## PROPERTY LEGAL DESCRIPTION

Street Address: 329 S. WARWICK AVENUE, ILLINOIS 60559

County: DUPAGE

Property Identification Number: 09-10-317-002-0000

Legal Description:

LOT 2 IN C. GOTTWALD BUILDER, INC., RESUBDIVISION OF LOTS 21 AND 22 IN BLOCK 4 IN ARTHUR T. McINTOSH AND COMPANY'S FAIRMONT PARK, BEING A SUBDIVISION IN THE SOUTHWEST ¼ OF SECTION 10, TOWNSHIP 38 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OF SAID RESUBDIVISION RECORDED SEPTEMBER 16, 1955 AS DOCUMENT 773463, IN DUPAGE COUNTY, ILLINOIS.

Exempt under provisions paragraph ___E___
Section 31-45, Property Tax Code.

10/20/12   A. Lipskiy
Date       Buyer, Seller or Representative

Recording Requested By: Prepared by
Keeping Kids In Their Home Foundation Corp
When Recorded mail this deed and
tax statement to:
KEEPING KIDS IN THEIR HOME FOUNDATION CORP
as Trustee for Abundant Life Trust
3185 E. Washington Blvd, Suite B,
Los Angeles, CA 90312

Parcel Identification: 09-10-317-002-0000



FRED BUCHOLZ
DUPAGE COUNTY RECORDER
AUG.22,2012   RHSP   8:59 PM
DEED          09-10-317-002
005 PAGES    R2012-112924

## WARRANTY DEED

THIS WARRANTY DEED, Executed this 16th day of AUGUST, 2012, by Grantor, PETER STASYUK and VALENTINA STASYUK (see Exhibit B, C, D), husband and wife, of Dupage County, State of Illinois, 329 S. Warwick Avenue, Westmont, IL 60559, (Address) to the Grantee, KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, A California Trust, ("Grantee"), of Los Angeles County, State of California, 3185 E. Washington Blvd, Suite B, Los Angeles, CA 90312, (Address) as sole ownership.

(Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees.)

WITNESSETH, That the said Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00), and other good and valuable considerations to said Grantor in hand paid by said Grantee, the receipt whereof is hereby acknowledged, does hereby remises, releases, bargains, grants, conveys and sells unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described real estate, and improvements and appurtenances thereto in the County of DUPAGE, State of ILLINOIS, To Wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART THEREOF
Physical Address: 329 S. WARWICK AVENUE, ILLINOIS 60559  Westmont
Property Appraiser's Parcel I.D. No. 09-10-317-002-0000

Hereby releasing and waiving all rights under and by virtue of the Homestead Exemption Laws of the State of Illinois.

TO HAVE AND TO HOLD said real estate as sole ownership forever.

And the Grantor has good right and lawful authority to sell and convey said real estate; that the Grantor hereby fully warrants the title to said real estate and will defend the same against the unlawful claims of all persons whomsoever.

And the Grantor hereby grants and conveys to the said Grantee all rights to all encumbrances/notes/contracts.

IN WITNESS WHEREOF, The said Grantors have signed and sealed these presents the day and year first above written.

GRANTOR:
Signature _____
Print Name: PETER STASYUK

Signature _____
Print Name: VALENTINA STASYUK

Signed, sealed and delivered in presence of:
WITNESSES:
Signature _____
Print Name: _____

Signature _____
Print Name: _____

STATE OF ILLINOIS
COUNTY OF _____

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that PETER STASYUK and VALENTINA STASYUK, husband and wife, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons whose names are subscribed to the foregoing instrument of 2 pages, appeared before me this day in person, and acknowledged to me that they signed, sealed and delivered the said instrument of 2 pages as their free and voluntary act, for the uses and purposes therein set forth, including the release and waiver of the right of homestead.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, this 17 day of Aug, 2012.

_____ Notary Public Signature
_____ Printed Name

OFFICIAL SEAL
A V PATEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/22/2015

Page 1 of 2          Initials P.S. V.S.   6/21/13
                                          JB

# EXHIBIT "A"

## PROPERTY LEGAL DESCRIPTION

Street Address: 329 S. WARWICK AVENUE, ILLINOIS 60559   *Westmont*

County: DUPAGE

Property Identification Number: 09-10-317-002-0000

Legal Description:

LOT 2 IN C. GOTTWALD BUILDER, INC., RESUBDIVISION OF LOTS 21 AND 22 IN BLOCK 4 IN ARTHUR T. McINTOSH AND COMPANY'S FAIRMONT PARK, BEING A SUBDIVISION IN THE SOUTHWEST ¼ OF SECTION 10, TOWNSHIP 38 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OF SAID RESUBDIVISION RECORDED SEPTEMBER 16, 1955 AS DOCUMENT 773463, IN DUPAGE COUNTY, ILLINOIS.

Exempt under provisions paragraph _e_
Section 31-45, Property Tax Code.

_08-18-12_     _Valentina Stasyuk_
Date             Buyer, Seller or Representative

Exhibit B

# AFFIDAVIT
## FOR WARRANTY DEED

I, PETER STASYUK, whose name is signed to the foregoing instrument, having been duly qualified according to the law, do hereby acknowledge that I signed and executed this Warranty Deed; that I am of sound mind; that I am eighteen (18) years of age or older; that I signed it willingly and am under no constraint or undue influence; and that I signed it as my free and voluntary act for the purpose therein expressed.

I, PETER STASYUK, testify that since August 1, 2011 until August 16th, 2012, I have not sold or transferred 60 % (percent) in a Quitclaim Deed or Warranty Deed or Trustee Deed or Grant Deed any or all other interest of 60 % (percent) of Property-329 S. Warwick Avenue, Westmont, IL 60559 and Parcel ID #. 09-10-317-002-0000- to no person, persons or any company other than KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, A California Trust, and 40 % (percent) was transferred to Anthony Martinez through Quitclaim Deed on August 1, 2011, and no other Warranty Deed has been issued, created, or written by me before or after August 16th, 2012. I understand that after August 16th, 2012 I am not a legal owner and I give up all (100 % percent) of my ownership rights and interest of Property-329 S. Warwick Avenue, Westmont, IL 60559 and Parcel ID #. 09-10-317-002-0000- to KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, A California Trust.

Signature _[signed]_

Print Name PETER STASYUK

Date 08/17/12

Signed, sealed and delivered in my presence:

Witness Signature _____

Print Name _____

STATE OF ILLINOIS
COUNTY OF _[DuPage]_

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that PETER STASYUK, a married man, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the foregoing instrument of 1 page, appeared before me this day in person, and acknowledged to me that he signed, sealed and delivered the said instrument of 1 page as his free and voluntary act, for the uses and purposes therein set forth.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, this 17th day of Aug, 2012.

_[signed]_ Notary Public Signature

_____ Printed Name

```
OFFICIAL SEAL
A V PATEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/22/2016
```

Home Foundation, Corp.

Affidavit

Keeping Kids in Their Homes Foundation Corp – 3685 E. Washington Blvd., Suite B, Los Angeles, CA 90312 www.homefoundationcorp.org (Rev. 1/2012)

Exhibit C

# AFFIDAVIT
## FOR WARRANTY DEED

I, VALENTINA STASYUK, whose name is signed to the foregoing instrument, having been duly qualified according to the law, do hereby acknowledge that I signed and executed this Warranty Deed; that I am of sound mind; that I am eighteen (18) years of age or older; that I signed it willingly and am under no constraint or undue influence; and that I signed it as my free and voluntary act for the purpose therein expressed.

I, VALENTINA STASYUK, testify that since August 1, 2011 until August 16th, 2012, I have not sold or transferred 60 % (percent) in a Quitclaim Deed or Warranty Deed or Trustee Deed or Grant Deed any or all other interest of 60 % (percent) of Property-329 S. Warwick Avenue, Westmont, IL 60559 and Parcel ID #. 09-10-317-002-0000- to no person, persons or any company other than KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, A California Trust, and 40 % (percent) was transferred to Anthony Martinez through Quitclaim Deed on August 1, 2011, and no other Warranty Deed has been issued, created, or written by me before or after August 16th, 2012. I understand that after August 16th, 2012 I am not a legal owner and I give up all (100 % percent) of my ownership rights and interest of Property-329 S. Warwick Avenue, Westmont, IL 60559 and Parcel ID #. 09-10-317-002-0000- to KEEPING KIDS IN THEIR HOME FOUNDATION CORP, as Trustee for Abundant Life Trust, A California Trust.

Signature _____    Signed, sealed and delivered in my presence:
Print Name VALENTINA STASYUK         Witness Signature _____
Date 08/17/2012                       Print Name _____

STATE OF ILLINOIS
COUNTY OF DuPage

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that VALENTINA STASYUK, a married woman, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the foregoing instrument of 1 page, appeared before me this day in person, and acknowledged to me that she signed, sealed and delivered the said instrument of 1 page as her free and voluntary act, for the uses and purposes therein set forth.

GIVEN UNDER MY HAND AND OFFICIAL SEAL, this 17 day of Aug, 2012.
_____  Notary Public Signature
_____  Printed Name

OFFICIAL SEAL
A V PATEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 3/22/2015

Home Foundation, Corp.

Affidavit
Keeping Kids in Their Homes Foundation Corp.

Recording Requested By:

VALENTINA STASYUK

When Recorded mail this deed and tax statement to: PREPARED

VALENTINA STASYUK
329 S. WARWICK AVENUE
WESTMONT, IL 60559

Parcel Identification: 09-10-317-002-0000

FRED BUCHOLZ
DUPAGE COUNTY RECORDER
FEB.10,2012     RHSP  11:32 AM
QCD             09-10-317-002
002 PAGES       R2012-018767

## QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 1st day of AUGUST, 2011, by Grantor(s), PETER STASYUK and VALENTINA STASYUK, husband and wife, of Dupage County, State of Illinois, 329 S. Warwick Avenue, Westmont, IL 60559, (Address), to the Grantee(s), PETER STASYUK and VALENTINA STASYUK, husband and wife, of Dupage County, State of Illinois, 329 S. Warwick Avenue, Westmont, IL 60559, (Address), and ANTHONY MARTINEZ, an individual, of Miami-Dade County, State of Florida, 8306 Mills Drive, Suite 501, Miami, FL 33183, (Address).

WITNESSETH, That the said Grantor, for good consideration, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of DUPAGE, State of ILLINOIS, To Wit:

Legal Description: LOT 2 IN C. GOTTWALD BUILDER, INC., RESUBDIVISION OF LOTS 21 AND 22 IN BLOCK 4 IN ARTHUR T. McINTOSH AND COMPANY'S FAIRMONT PARK, BEING A SUBDIVISION IN THE SOUTHWEST ¼ OF SECTION 10, TOWNSHIP 38 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OF SAID RESUBDIVISION RECORDED SEPTEMBER 16, 1955 AS DOCUMENT 773463, IN DUPAGE COUNTY, ILLINOIS.

Street Address: 329 S. WARWICK AVENUE    City: WESTMONT    County: DUPAGE
Tax Number: 09-10-317-002-0000             State: ILLINOIS     Zip Code: 60559

IN WITNESS WHEREOF, The said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Signature _Peter Stasyuk_
Print Name: PETER STASYUK
Capacity: Grantor

Signature _____
Print Name: _Aleksandr S._____
Capacity: Witness

Signature _____
Print Name: VALENTINA STASYUK
Capacity: Grantor

Signature _____
Print Name: _Brian L. Herra_
Capacity: Witness

STATE OF ILLINOIS
COUNTY OF _DuPage_

On _FEB 10, 2012_ before me, _RONALD JUNG_, personally appeared _Peter Stasyuk, Valentina Stasyuk_, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.  Signature _Ronald Jung_

"OFFICIAL SEAL"
RONALD JUNG
Notary Public, State of Illinois
My Commission Expires Dec. 16, 2012

FRED BUCHOLZ    R2012-018767    DUPAGE COUNTY RECORDER

Recording Requested By:

VALENTINA STASYUK

When Recorded mail this deed and tax statement to: PREPARED

VALENTINA STASYUK
329 S. WARWICK AVENUE
WESTMONT, IL 60559

Parcel Identification: 09-10-317-002-0000

FRED BUCHOLZ
DUPAGE COUNTY RECORDER
FEB.10,2012     RHSP    11:32 AM
QCD              09-10-317-002
002 PAGES       R2012-018767

# QUITCLAIM DEED

THIS QUITCLAIM DEED, Executed this 1st day of AUGUST, 2011, by Grantor(s), PETER STASYUK and VALENTINA STASYUK, husband and wife, of Dupage County, State of Illinois, 329 S. Warwick Avenue, Westmont, IL 60559, (Address), to the Grantee(s), PETER STASYUK and VALENTINA STASYUK, husband and wife, of Dupage County, State of Illinois, 329 S. Warwick Avenue, Westmont, IL 60559, (Address), and ANTHONY MARTINEZ, an individual, of Miami-Dade County, State of Florida, 8306 Mills Drive, Suite 501, Miami, FL 33183, (Address).

WITNESSETH, That the said Grantor, for good consideration, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said Grantee forever, all the right, title, interest and claim which the said Grantor has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of DUPAGE, State of ILLINOIS, To Wit:

Legal Description:     **LOT 2 IN C. GOTTWALD BUILDER, INC., RESUBDIVISION OF LOTS 21 AND 22 IN BLOCK 4 IN ARTHUR T. McINTOSH AND COMPANY'S FAIRMONT PARK, BEING A SUBDIVISION IN THE SOUTHWEST ¼ OF SECTION 10, TOWNSHIP 38 NORTH, RANGE 11, EAST OF THE THIRD PRINCIPAL MERIDIAN, ACCORDING TO THE PLAT THEREOF RECORDED OF SAID RESUBDIVISION RECORDED SEPTEMBER 16, 1955 AS DOCUMENT 773463, IN DUPAGE COUNTY, ILLINOIS.**

Street Address: **329 S. WARWICK AVENUE**       City: **WESTMONT**       County: **DUPAGE**
Tax Number: **09-10-317-002-0000**              State: **ILLINOIS**      Zip Code: **60559**

IN WITNESS WHEREOF, The said Grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in presence of:

Signature _Peter Stasyuk_                       Signature _[signature]_
Print Name: **PETER STASYUK**                   Print Name: _ALEKSANDR Filipsky_
Capacity: Grantor                               Capacity: Witness

Signature _[signature]_                         Signature _[signature]_
Print Name: **VALENTINA STASYUK**               Print Name: _Bernard L. Herron_
Capacity: Grantor                               Capacity: Witness

STATE OF ILLINOIS
COUNTY OF _DuPAGE_

On _FEB 10, 2012_ before me, _RONALD JUNG_, personally appeared _Peter Stasyuk, Valentina Stasyuk_ _____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.              Signature _Ronald Jung_

"OFFICIAL SEAL"
RONALD JUNG
Notary Public, State of Illinois
My Commission Expires Dec. 18, 2012

Exempt under provisions of Paragraph D
Section 31-45, Property Tax Comp.
02-10-12   Aleksandr Filipskiy
Date    Buyer, Seller, or Representative