UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Peter Stasyuk
Abundant Life 122012 Trust,
Interested Party

Debtor(s)

Case No.: 14 B 10285
Chapter: 7

Judge Donald R. Cassling (Kane)

FILED
APR 18 2014
DONALD R. CASSLING
BANKRUPTCY JUDGE

**TRUSTEE'S DECLARATION IN SUPPORT OF STATEMENT OF OWNERSHIP, STATEMENT OF INTEREST, ALEKSANDR FILIPSKIY TO ENFORCE STANDING FEDERAL COURT INJUNCTION.**

HERE COMES Aleksandr Filipskiy, as Trustee for Abundant Life 122012 Trust, to the Court to seek justice and to have its contract enforced as a matter of law on the facts before the Court.

Annex hereto and fully incorporated here with its Trustee Notice of Appearance, Statement of Ownership with Annexes, Statement of Interest, and Objection to Motion for Relief from Stay, entered in previous BK case# 09-00883 and new BK case# 14 B 10285 .

1. I, Aleksandr Filipskiy, as Trustee for Abundant Life 122012 Trust, declare under the penalty of perjury that I have firsthand knowledge of all of the matters stated herein. My statements are true and correct according to my belief, knowledge and information at the moment.

2. I move in this matter as a Trustee under the absolute requirement to protect the property of the Trust. The property of the Trust is located at 329 South Warwick Avenue, Westmont, Illinois 60559.

3. Abundant Life 122012 Trust has no legal relationships, no commercial relationships, whatsoever with Citimortgage, Inc., the lender and its attorneys.

4.  Christopher J. Stasko, Codilis and Associates, P.C. and the alleged lender, CITIMORTGAGE, INC., trespass upon the Trust's property, harass tenants, and make false claims against the Trust's title.

5.  Christopher J. Stasko, Codilis and Associates, P.C. and the alleged lender, CITIMORTGAGE, INC., knowingly and intentionally move against property that they have no legitimate or valid claim against which is verifiable in the DuPage County property records.

6.  Intent to trespass and theft is apparent when the actions of Christopher J. Stasko, Codilis and Associates, P.C. and the lender, CITIMORTGAGE, INC., fail in their due diligence of the most simple matter.

7.  The Trust has suffered extreme perturbations, the tenants in the Trust's property severe mental hardship, and the Trust has incurred heavy expenses defending against invalid claims.

Dated this April 18, 2014.

Respectfully submitted by:

ABUNDANT LIFE 122012 TRUST

By _____

Aleksandr Filipskiy, Trustee
5077-109 Fruitville Rd, Ste 133
Sarasota, FL 34232

**STATE OF ILLINOIS**
**COUNTY OF** DuPage

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, **DO HEREBY CERTIFY** that Aleksandr Filipskiy, as Trustee for **Abundant Life 122012 Trust**, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the foregoing instrument of 3 pages, appeared before me this day in

person, and acknowledged to me that he signed, sealed and delivered the said instrument of 3 pages as his free and voluntary act, for the uses and purposes therein set forth.

**GIVEN UNDER MY HAND AND OFFICIAL SEAL**, this 18 day of April, 2014.

Brianna L. Hereau _____ Notary Public Signature and Printed Name

*OFFICIAL SEAL*
*BRIANNA L. HEREAU*
*NOTARY PUBLIC, STATE OF ILLINOIS*
*My Commission Expires Dec. 17, 2016*

### CERTIFICATE OF SERVICE

This is to certify that I have this day served the Statement of Ownership by placing a true and correct copy of same in the United States first class mail to the following parties:

Christopher J. Stasko
Codilis & Associates, P.C.
15W030 North Frontage Rd
Suite 100
Burr Ridge, IL 60527
C&A File (14-11-41727)

This 18th day of April, 2014.

ABUNDANT LIFE 122012 TRUST

By: _____

Aleksandr Filipskiy, Trustee
5077-109 Fruitville Rd, Ste 133
Sarasota, FL 34232