UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 14-10285 |
| PETER STASYUK, | ) | |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER TO DISMISS FOR UNREASONABLE DELAY

This cause coming on to be heard upon the Motion of GINA B. KROL, Trustee herein, to Dismiss Chapter 7 Case, due notice having been given to all parties in interest and the Court being fully advised in the premises, NOW THEREFORE:

IT IS HEREBY ORDERED that the above-referenced Chapter 7 case is hereby dismissed pursuant to 11 U.S.C. Section 707.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  May 30, 2014

**Prepared by:**

Gina B. Krol
COHEN & KROL
105 W. Madison Street
Suite 1100
Chicago, IL  60602
312/368-0300