Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 14−10285
Chapter: 7
Judge: Donald R Cassling

In Re:
  Peter Stasyuk
  329 S Warwick Ave
  Westmont, IL 60559

Social Security / Individual Taxpayer ID No.:
  xxx−xx−8009

Employer Tax ID / Other nos.:

---

**NOTICE OF DISMISSAL**


You are hereby notified that an Order Dismissing the above case was entered on May 30, 2014




                                                                FOR THE COURT


Dated: June 3, 2014                                             Jeffrey P. Allsteadt , Clerk
                                                                United States Bankruptcy Court